UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RONALD A. BLAIR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 25-2286 (UNA) |
| | : | |
| FERGUSON ENTERPRISES, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **MEMORANDUM OPINION**

This matter is before the Court on consideration of Ronald A. Blair's application to proceed *in forma pauperis* (ECF No. 2), his *pro se* complaint (ECF No. 1), and motion for CM/ECF password (ECF No. 3). The court GRANTS the application, DISMISSES the complaint, and DENIES the motion without prejudice as moot.

"On April 8, 2025, [Blair] filed suit in the 164th Judicial District Court of Harris County, Texas (Case No. 2025-24411), alleging defamation and tortious interference against Ferguson Enterprises, LLC, and Joe Smith."  Compl. ¶ 2.  Prior to service of process, Defendants, represented by McGuire Woods LLP and attorneys Joel S. Allen and Cory R. Ford, *see id*. ¶¶ 14-16, removed the case to the United States District Court for the Southern District of Texas.  *See* Defs.' Notice of Removal, *Blair v. Ferguson Enterprises, LLC*, No. 4:25-cv-1963 (S.D. Tex. filed Apr. 30, 2025) (ECF No. 1).  The Hon. Kenneth M. Hoyt, the district judge to whom the matter was assigned, denied Blair's motion to remand the case.  *See* Order, *Blair v. Ferguson Enterprises, LLC*, No. 4:25-cv-1963 (S.D. Tex. June 12, 2025) (ECF No. 27).

Blair identified a second civil action, *see* Compl. at 6, which the sole defendant, Joe Smith, removed to the Southern District of Texas.  *See* Def.'s Notice of Removal, *Blair v. Smith*,

1

No. 4:25-cv-1994 (S.D. Tex. May 2, 2025) (ECF No. 1).  Judge Hoyt consolidated the two cases, *see* Order, *Blair v. Smith*, No. 4:25-cv-1994 (S.D. Tex. June 23, 2025) (ECF No. 31), and denied Blair's motion to file electronically via CM/ECF, *see* Order, *Blair v. Ferguson Enterprises, LLC*, No. 4:25-cv-1963 (S.D. Tex. June 24, 2025) (ECF No. 34).  Blair voluntarily dismissed the consolidated action.  *See* Notice of Voluntary Dismissal, *Blair v. Ferguson Enterprises, LLC*, No. 4:25-cv-1963 (S.D. Tex. July 28, 2025) (ECF No. 44).

Here, Blair challenges "Defendants' systemic and intentional denial of [his] constitutional right to access the federal courts," Compl. ¶ 1, due in part to their alleged "coordinated scheme of . . . pre-service 'snap' removals [and] false jurisdictional statements in removal notices," *id*.  Specifically, he objects to the removal of the state court cases to the Southern District of Texas, *see id*. ¶ 22, on the ground that the so-called "[f]alse removal notices deprived the state court of adjudication and delayed judicial review, harming both [Blair] and the public interest," *id*.  He laments the "denial of CM/ECF e-filing access," *id*. ¶ 4, which allegedly "prevented [him] from receiving real-time docket alerts, causing missed deadlines and lost substantive rights," *id*. ¶ 19; *see id*. ¶¶ 19-20, 25.

Setting aside Blair's misplaced reliance on 42 U.S.C. § 1983, *see* Compl. ¶¶ 1, 7, the Court hones in on the fundamental defect of the complaint.  Blair attributes to his former employer, its counsel, and court staff, *see id*. ¶¶ 13-17, the rulings of Judge Hoyt.  Judge Hoyt determined that removal of the state court cases was proper, even though removal occurred before service of process had been effected.  *See id*. ¶¶ 1, 4.  Judge Hoyt, not "individuals in the Clerk's Office," *id*. ¶ 17, denied Blair's motion for CM/ECF filing privileges.  And this Court has no jurisdiction to review or overturn Judge Hoyt's orders, *see, e.g., Klayman v. Rao*, 49 F.4th 550, 552–53 (D.C. Cir. 2022); *Smalls v. United States*, 471 F.3d 186, 192 (D.C. Cir. 2006), or

grant Blair CM/ECF access in the Southern District of Texas, or enjoin any party from removing a case to federal court before service of process, or grant any other form of relief he demands.

A separate order will issue.

/s/
JIA M. COBB
United States District Judge

DATE: August 28, 2025